**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEC 0 9 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| APPLICATION OF THE UNITED ) | |
| STATES OF AMERICA FOR AN ORDER ) | NO. O5-M-6140-CJP |
| AUTHORIZING THE INSTALLATION ) | |
| AND USE OF A PEN REGISTER AND ) | **FILED UNDER SEAL** |
| ENHANCED CALLER IDENTIFICATION ) | |
| DEVICES FOR TELEPHONE ) | |
| # 314-335-0061 ) | |

## ORDER

This matter having come before the Court pursuant to an application under Title 18,

United States Code, Section 3122,  by Ranley R. Killian, an attorney for the Government, which

application requests an Order under Title 18, United States Code, Section 3123 authorizing the

installation and use of a pen register on telephone number 314-335-0061, the Court finds that the

applicant has certified that the information likely to be obtained by such installation and use is

relevant to an ongoing criminal investigation into possible violations of Title 21, United States

Code, Sections 841 and 846.

IT APPEARING that the numbers dialed or pulsed from telephone number 314-335-

0061, are relevant to an ongoing criminal investigation of the specified offenses,

**IT IS ORDERED**, pursuant to Title 18, United States Code, Section 3123, that agents

of the Federal Bureau of Investigation may install and use a pen register to register numbers dialed

or pulsed from telephone number 314-335-0061,or direct connect or digital dispatch dialings,  to

record the date and time of such pulsings or recordings, and to record the length of time the

1

telephone receiver in question is off the hook for incoming or outgoing calls for a period of sixty (60) days; and

**IT IS FURTHER ORDERED**, pursuant to Title 18, United States Code, Section 3123(b)(2), that the telecommunication service providers found on the attached list (attached hereto and made a part hereof by reference), and any applicable long distance provider shall furnish agents of the Federal Bureau of Investigation forthwith all information, facilities, and technical assistance necessary to accomplish the installation of the pen register unobtrusively and with minimum interference with the services that are accorded persons with respect to whom the installation and use is to take place; and

**IT IS FURTHER ORDERED**, that Nextel Communications, by whatever name they are now known or doing business, install enhanced caller identification service on telephone number 314-335-0061, and provide information received from this service to the Federal Bureau of Investigation; and

**IT IS FURTHER ORDERED**, that Nextel Communications, by whatever name they are now known or doing business, be compensated by the applicant for reasonable expenses incurred in providing technical assistance; and

**IT IS FURTHER ORDERED** this pen register and enhanced caller identification shall remain in effect throughout the time period covered in this Order in the event the number listed above should change, so long as the subscriber information set forth in the body of this Order remains the same; and

**IT IS FURTHER ORDERED** that this authorization for the installation and use of a pen register and trap and trace device applies not only to the telephone number listed above for the Target

2

Telephone, but also to any changed telephone number(s) subsequently assigned to an instrument

bearing the same Electronic Serial Number ("ESN") and/or Subscriber Identity Module ("SIM") as

the Target Telephone, or any changed ESN and/or SIM subsequently assigned to the same telephone

number as the Target Telephone, or any additional changed telephone number(s) and/or ESN and/or

SIM, whether the changes occur simultaneously or consecutively, listed to the same subscriber and

wireless telephone account as the Target Telephone within the 60-day period authorized by this

Order; and

      **IT IS FURTHER ORDERED** that the telecommunication service providers found on

the attached list (attached hereto and made a part hereof by reference), and any applicable long

distance provider shall provide agents/law enforcement representatives of the investigating agency

with the results of the Dialed Number Recorder and enhanced caller identification devices with

subscriber information to include names, addresses and pedigree information, and all other

subscriber information, cell site information (including tower locations for any state within the

continental United States), toll analysis information (including toll locations for any state within

the continental United States), toll analysis information, credit information, and air-time

summaries for available service periods, for the telephones being dialed to and from the aforesaid

telephone pursuant to Title 28, United States Code, Section 1651; and

      **IT IS FURTHER ORDERED** that the telecommunication service providers found on

the attached list (attached hereto and made a part hereof by reference), and any applicable long

distance provider shall provide agents of the Federal Bureau of Investigation with toll records and

non-published subscriber information for all calls and data received as a result of the pen register

authorized by the order filed herein; and

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3123(d), that this Order and the application be **sealed** until otherwise ordered by the Court, and that the telecommunication service providers found on the attached list (attached hereto and made a part hereof by reference), and any applicable long distance provider shall not disclose the existence of the pen register or the existence of the investigation to the listed subscriber, or to any other person, unless or until otherwise ordered by the Court.

SO ORDERED:

United States Magistrate Judge

Dated this *9TH* day of *December*, 2005

4

TELECOMMUNICATION SERVICE PROVIDERS

Accutel of Texas, Inc.
Aero Communications, Inc. IL
Air Touch Paging
Alton Cell Telco
Ameritech
Ameritech Illinois
Atlantic Bell
AT&T
AT&T Wireless
Bartel
Bell South Telecon
Birch Telecommunications
Cingular
Cingular Wireless
Cellco Partnership D.B.A. Verizon Wireless
Cellular One
Choctaw Communications
Comm South Companies
Consolidated Communications
Douglas Telecommunications, Inc.
First Cell of Southern Illinois
Frontier Communications
Gabriel Communications of Illinois
Globaleyes Telco IL
GTE
GTE of Illinois
GTW Wireless
Harrisonville Telephone Company
Ionex Communications
Madison Communications
Max-Tel
Max-Tel Communications
MCI World Comm
Mobile Communications
Mountain Bell
McCleod USA
Mobile Comm

Navigator Telecommunication
Nexlink Communicational
Nextel Communications
Nevada Bell
Pac Bell Wireless
Pacific Bell
Pagenet Paging
PCS Primeco
Primeco Communications
PS Communications
Rural Cellular Management
Simple Communications
Skytel Paging
Sprint Spectrum PCS
Sprint Spectrum L.P.
Sprint Specturm IL
Southwestern Bell Telephone Company
Southwestern Bell Wireless
Southern Illinois RSA Partnership
Suretell Paging
TCG
T-Mobile USA
Telecorp Holding Corporation, Inc.
Trac Fone
Tri State Radio Paging, Inc.
United States Cellular Corporation–Illinois
US West Communications
Verizon Telephone Company
Verizon Wireless Telephone Company
Virgin Mobile USA LLC
Voice Stream
Western Wireless